**INTERNATIONAL RECTIFIER CORPORATION, Plaintiff–Appellee,**

v.

**SAMSUNG SEMICONDUCTOR, INC. and Samsung Electronics Co., Ltd., Defendants–Appellants.**

**International Rectifier Corporation, Plaintiff–Appellee,**

v.

**Samsung Semiconductor, Inc. and Samsung Electronics Co., Ltd., Defendants,**

and

**IXYS Corporation, Non Party–Appellant.**

Nos. 03–1046, 03–1090.

United States Court of Appeals, Federal Circuit.

Jan. 30, 2003.

ON MOTION

*ORDER*

GAJARSA, Circuit Judge.

International Rectifier Corporation moves without opposition to withdraw its motion to dismiss these appeals. IXYS Corporation moves to voluntarily dismiss its appeal, 03–1090. Samsung Electronics Co. Ltd. et al. move without opposition for an extension of time, until March 4, 2003, to file an opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the motion to dismiss is granted.

(2) IXYS's motion to voluntarily dismiss its appeal is granted. Appeal 03–1090 is dismissed.

(3) The motion for an extension of time is granted. Samsung's brief is due March 4, 2003.

(4) The revised official caption in 03–1046 is reflected above.